IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALICIA ANN WILLIAMS, ET AL. | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 3-11-CV-2751-P |
| DALLAS FEDERAL PENITENTIARY, ET AL. | § § § | |
| Defendants. | § § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 10th day of February, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE